# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG C. KYLLONEN, KYPRO ENTERPRISES, LLC, and K and K GNC, LLC, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 2:18-cv-01526-GMN-PAL |
| v. | ) ) |
| GNC FRANCHISING, LLC and GENERAL NUTRITION CORPORATION, | ) STIPULATION OF DISMISSAL ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

AND NOW, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), come the parties by their respective counsel, and hereby stipulate to the dismissal of the above-captioned matter, with prejudice and with each party paying its own costs and attorney fees.

Respectfully submitted,                                         Respectfully submitted,


   */s/ Michael E. Stoberski*                                         */s/ Michael D. Braunstein*
Michael E. Stoberski, Esquire                              Michael D. Braunstein, Esquire
Nevada Bar No. 4762                                           ZARCO EINHORN SALKOWSKI
OLSON, CANNON, GORMLEY,                            & BRITO, P.A.
ANGULO & STOBERSK                                       One Biscayne Tower
9950 West Cheyenne Avenue                              2 S. Biscayne Boulevard, 34th Floor
Las Vegas, NV 89129                                            Miami, FL 33131
Tel. (702) 384-4012                                               P: 305-374-5418
E-mail: mstoberski@ocgas.com                         mbraunstein@zarcolaw.com
*(Attorneys for Defendants)*                               *(Attorneys for Plaintiffs)*


## ORDER

**IT IS SO ORDERED**

**DATED** this  11  day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT